IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-4465 |
| v. | : | |
| DAVID M. BOWDEN, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 16th day of November, 2016, after considering the plaintiff's motion for an extension of time to serve the defendant (Doc. No. 4), it is hereby **ORDERED** that the request is **GRANTED** and the plaintiff shall have until **January 3, 2017**, to effectuate service on the defendant and file a proof of service.[1] Should the plaintiff fail to file a proof of service within the time period prescribed above, the court may dismiss this matter under Federal Rule of Civil Procedure 4(m).

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] The court recognizes that due to the suggestion of death (Doc. No. 3), the plaintiff will have to move to substitute the named defendant.