IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA           :
                               :
   Plaintiff,       :   CIVIL ACTION NO. 16-4465
                               :
 v.                           :
                               :
DAVID M. BOWDEN,                   :
                               :
   Defendant.       :

## ORDER

**AND NOW**, this 23rd day of November, 2016, after considering the plaintiff's motion

for substitution of parties (Doc. No. 6) and the plaintiff's memorandum in support thereof (Doc.

No. 7), it is hereby **ORDERED** that the motion is **GRANTED**, and Donna Garden Bowden,

Ryan Bowden, Matthew Bowden, Logan Bowden, Travis Bowden, and Starla Bowden, solely in

their capacity as heirs of the estate of David M. Bowden, are substituted as the party defendants

in this action.

BY THE COURT:



_____
EDWARD G. SMITH, J.