IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-4465 |
| | : | |
| v. | : | |
| | : | |
| DAVID M. BOWDEN, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 21st day of December, 2016, the plaintiff having filed a motion for substitution of parties on November 22, 2016 (Doc. No. 6); and the court having entered an order on November 23, 2016, granting the plaintiff's motion for substitution of parties (Doc. No. 8); and it appearing that the plaintiff has not served the newly-named defendants with the complaint (Doc. No. 1) or the motion for substitution (Doc. No. 6); accordingly, it is hereby **ORDERED** as follows:

1.      The clerk of the court shall issue summonses; and

2.      The plaintiff shall have until no later than **January 30, 2017**, to properly serve the complaint and the motion for substitution upon the newly-named defendants in accordance with Rule 4 and Rule 25 of the Federal Rules of Civil Procedure.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.