IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-4465 |
| | : | |
| v. | : | |
| | : | |
| DONNA GARDEN BOWDEN, RYAN BOWDEN, MATTHEW BOWDEN, LOGAN BOWDEN, TRAVIS BOWDEN, and STARLA BOWDEN, | : : : : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 10th day of February, 2017, the court having granted the plaintiff's request to substitute the above-captioned defendants for the originally-named defendant because the plaintiff learned that the originally-named defendant, David M. Bowden, was unfortunately deceased; *see* Order, Doc. No. 8; and the court having entered an order on December 21, 2016, in which the court directed the plaintiff to serve the complaint and motion for substitution upon the substituted defendants by no later than January 30, 2017, *see* Order, Doc. No. 9; and it appearing that the Clerk of Court forwarded summonses for each of the defendants to the plaintiff on December 21, 2016, *see* First Unnumbered Docket Entry After Doc. No. 9; and the plaintiff having not filed any indication on the docket as to whether it has complied with the court's order relating to service; and the plaintiff needing to comply with the court's order so this matter can proceed;[1] accordingly, it is hereby **ORDERED** that the plaintiff has until **Tuesday**, **February 14, 2017**, to file a status report in this matter. The status report shall set forth the status of

---

[1] Without filing proof of service, the court cannot discern whether the defendants are in default or, if they have been served, when their responses to the complaint are due.

service and any other matters relevant for the court's consideration. If the plaintiff fails to file such a report, the court will evaluate whether to dismiss this action for lack of prosecution.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.