# KML LAW GROUP, P.C.

| | | |
|---|---|---|
| MICHAEL T. MCKEEVER* | ATTORNEYS AT LAW | JILL P. JENKINS* |
| LISA A. LEE* | | JOSHUA I. GOLDMAN* |
| KRISTINA G. MURTHA* | | ALYK L. OFLAZIAN* |
| THOMAS I. PULEO | SUITE 5000 | COLLEEN M. HIRST* |
| DAVID B. FEIN* | BNY MELLON INDEPENDENCE CENTER | PAUL W. LUONGO* |
| BRIAN C. NICHOLAS* | 701 MARKET STREET | CAITLIN M. DONNELLY* |
| JAIME R. ACKERMAN* | PHILADELPHIA, PENNSYLVANIA 19106-1532 | VICTORIA W. CHEN* |
| LAUREN BERSCHLER KARL* | (215) 627-1322 | JOHN GORYL |
| *PA & NJ BAR | (866) 413-2311 | MATTHEW K. FISSEL* |
| | FAX (215) 627-7734 | MICHAEL J. CLARK* |
| | | NICHOLAS J. ZABALA* |
| | WWW.KMLLAWGROUP.COM | REBECCA A. SOLARZ* |
| | | NORA C. VIGGIANO* |
| | | MATTHEW J. MCCLELLAND |
| | | DENISE CARLON |
| | | CHRISTOPHER FORD |

February 13, 2017

Honorable Edward G. Smith
United States District Court
Eastern District of Pennsylvania

RE:   THE UNITED STATES OF AMERICA vs. BOWDEN
      Docket #16-04465

Dear Judge Smith:

Pursuant to your request, the status of the above-mentioned case, is such that the summons and filed complaint were sent to this office on or about December 21, 2016. Per Fed.R.Civ.P. 4(d), we sent waivers of service to the Defendants on January 12, 2017 and have allowed the parties 30 days to return the waivers. The waivers have not yet been returned executed. Therefore, a private process server is in the process of attempting personal service. After service is completed and the appropriate time has elapsed a Motion for Default Judgment will be filed.

Your Honor's consideration in this matter is greatly appreciated.

Respectfully yours,

KML LAW GROUP, P.C.

Thomas I. Puleo, Esq.
Attorney for Plaintiff
Tel:  215-825-6309
Fax:  215-825-6409
Email:  TPuleo@kmllawgroup.com