# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>v.<br><br>DAVID M. BOWDEN; et al.<br>Defendant (Respondent) | CASE and/or DOCKET No.: 16-04465<br>Sheriff's Sale Date: 7/20/2017 |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MATTHEW BOWDEN, SOLELY IN HER CAPACITY AS HEIR OF DAVID M. BOWDEN, DECEASED the above process on the 25 day of March, 2017, at 3:15 o'clock, PM, at 3000 Ford Rd Apt B28 Bristol, PA 19007, County of Lancaster, Commonwealth of Pennsylvania:

Manner of Service:

☑ By handing a copy to the Defendant(s)

Description: Approximate Age 21-25   Height 6'   Weight 185   Race WHITE   Sex MALE   Hair BROWN
Military Status: ☑ No   ☐ Yes   Branch: _____

Commonwealth/State of  Pa                )
                                          ) SS:
County of  Berks                          )

Before me, the undersigned notary public, this day, personally, appeared  D'Wayne Henriksson  to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-155245
Case ID #: 4840776

Subscribed and sworn to before me
this  3  day of  April , 20 17 .

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017