IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-4465 |
| | : | |
| v. | : | |
| | : | |
| DONNA GARDEN BOWDEN, RYAN BOWDEN, MATTHEW BOWDEN, LOGAN BOWDEN, TRAVIS BOWDEN, and STARLA BOWDEN, | : : : : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 28th day of April, 2017, the court having ordered the plaintiff to show cause why the court should not dismiss this action under Rule 4(m) of the Federal Rules of Civil Procedure for failure to effect timely service of the summons and complaint in this matter upon the substituted defendants (Doc. No. 12); and the plaintiff having filed a response to the order to show cause on April 14, 2017, in which the plaintiff indicates, *inter alia*, (1) it has been unable to serve Donna Garden Bowden and intends to file a motion for alternative service with respect to her, (2) it personally served Matthew Bowden on March 25, 2017, (3) Ryan Bowden is unfortunately deceased, (4) Logan Bowden, Travis Bowden, and Starla Bowden are minors and are currently in foster care with no contact with their mother, and (5) it is continuing to investigate the whereabouts of Logan Bowden, Travis Bowden, and Starla Bowden and intends to file a motion for the appointment of a guardian *ad litem* under Rule 17(c) of the Federal Rules of Civil Procedure (Doc. No. 13); and the court finding good cause to extend service; accordingly, it is hereby **ORDERED** as follows:

    1.    The order to show cause (Doc. No. 12) is **DISSOLVED**;

2. The plaintiff shall have until **June 1, 2017**, to effect service of process upon the named defendants. During this time, if the plaintiff is moving for leave to effect alternative service, the plaintiff shall file such a motion as soon as practicable. In addition, the plaintiff shall continue to investigate the whereabouts of the minor defendants and, if necessary, file a motion for the appointment of a guardian *ad litem* within this period. Further, to the extent that the plaintiff effects service of process, the plaintiff shall timely file proof of service in accordance with Rule 4(l) of the Federal Rules of Civil Procedure;

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.