IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-4465 |
| v. | : | |
| DAVID M. BOWDEN, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 23rd day of June, 2017, it is hereby **ORDERED** that the court will hold a telephone status conference in the above-captioned case on **Monday, June 26, 2017**, at **3:00 p.m.** Counsel for the plaintiff shall initiate the call by contacting the undersigned's civil deputy at (610) 333-1833 after all parties are present on the call.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.