IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-4465 |
| | : | |
| v. | : | |
| | : | |
| DONNA GARDEN BOWDEN, RYAN BOWDEN, MATTHEW BOWDEN, LOGAN BOWDEN, TRAVIS BOWDEN, and STARLA BOWDEN, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 29th day of June, 2017, the plaintiff, United States of America, having filed a motion for service by posting to property and certified mail on June 28, 2017 (Doc. No. 18); and the plaintiff having described its efforts to effect service on the defendant in this case; and the court finding that the plaintiff has established good cause to justify alternate service; accordingly, it is hereby **ORDERED** as follows:

1.  The plaintiff's motion for service by posting property and certified mail (Doc. No. 18), which the court has interpreted as a motion for alternative service, is **GRANTED**; and

2.  The plaintiff or its agent shall serve the summonses and complaint on the defendant by (1) posting a copy of the summonses and complaint in mortgage foreclosure on the property to be foreclosed in accordance with Rule 4(e)(1) of the Federal Rules of Civil Procedure and Rules 410(c) and 430(a) of the Pennsylvania Rules of Civil Procedure, and (2) regular and

registered mail to the defendant's last known address.  Service shall be complete upon posting or upon mailing, whichever occurs later.

        BY THE COURT:

        /s/ *Edward G. Smith*
        EDWARD G. SMITH, J.