# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.

**Plaintiff (Petitioner)**

v.

DAVID M. BOWDEN; et al.

**Defendant (Respondent)**

CASE and/or DOCKET No.: 16-04465

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party , and that I served RYAN BOWDEN, DECEASED, SOLELY IN HIS CAPACITY AS HEIR OF DAVID M. BOWDEN, DECEASED the above process on the 12 day of July, 2017, at 12:45 o'clock, P M, at 2185 DONOUGH DRIVE MANHIEM, PA 17545 , County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____     2) _____     3) _____

Commonwealth/State of __**Pa**__        )
                                        ) SS:
County of __**Berks**__                  )

Before me, the undersigned notary public, this day, personally, appeared ___**Jeffrey Clohessy**___ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-155245
Case ID #: 4932318

Subscribed and sworn to before me
this **14** day of ___**July**___, 20**17**.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.

**Plaintiff (Petitioner)**

v.

DAVID M. BOWDEN; et al.

**Defendant (Respondent)**

CASE and/or DOCKET No.: 16-04465

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party , and that I served DONNA GARDEN BOWDEN, SOLELY IN HER CAPACITY AS HEIR OF DAVID M. BOWDEN, DECEASED the above process on the 12 day of July, 2017, at 12:45 o'clock, PM, at 2185 DONOUGH DRIVE MANHIEM, PA 17545 , County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☑    By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____      2) _____      3) _____

Commonwealth/State of __*Pa*__                                    )
                                                                 ) SS:
County of __*Berks*__                                            )

Before me, the undersigned notary public, this day, personally, appeared _____*Jeffrey Clohessy*_____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this **19** day of ____*July*____, 20 **17**

_____
Notary Public

File Number: USA-155245

Case ID #: 4932318

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

v.

DAVID M. BOWDEN; et al.
**Defendant (Respondent)**

CASE and/or DOCKET No.: 16-04465

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party , and that I served LOGIN BOWDEN C/O DONNA GARDEN BOWDEN, SOLELY IN HER CAPACITY AS HEIR OF DAVID M BOWEN, DECEASED the above process on the 12 day of July, 2017, at 12:45 o'clock, P M, at 2185 DONOUGH DRIVE MANHIEM, PA 17545 , County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☑  By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____     2) _____     3) _____

Commonwealth/State of ___*Pa*___                    )
                                                     ) SS:
County of ___*Berks*___                             )

Before me, the undersigned notary public, this day, personally, appeared _____*Jeffrey Clohessy*_____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-155245
Case ID #: 4932318

Subscribed and sworn to before me
this **14** day of ___*July*___, 20 **17**.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

CASE and/or DOCKET No.: 16-04465

Sheriff's Sale Date: _____

v.

DAVID M. BOWDEN; et al.
**Defendant (Respondent)**

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party , and that I served STARLA BOWDEN C/O DONNA GARDEN BOWDEN, SOLELY IN HER CAPACITY AS HEIR OF DAVID M BOWDEN DECEASED the above process on the 12 day of July, 2017, at 12:45 o'clock, P M, at 2185 DONOUGH DRIVE MANHIEM, PA 17545 , County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☑    By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____    2) _____    3) _____

Commonwealth/State of **Pa** _____        )
                                                     ) SS:
County of _____ **Berks** _____               )

Before me, the undersigned notary public, this day, personally, appeared _____ *Jeffrey Clohessy* _____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this **14** day of ___ **July** ___, 20 **17**.

File Number: USA-155245
Case ID #:4932318

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.

**Plaintiff (Petitioner)**

V.

DAVID M. BOWDEN; et al.

**Defendant (Respondent)**

CASE and/or DOCKET No.: 16-04465

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party , and that I served TRAVIS BOWDEN C/O DONNA GARDEN BOWDEN, SOLELY IN HER CAPACITY AS HEIR OF DAVID M BOWDEN DECEASED the above process on the 12 day of July, 2017, at 12:45 o'clock, P M, at 2185 DONOUGH DRIVE MANHIEM, PA 17545 , County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of _Pa_ )
) SS:
County of _Berks_ )

Before me, the undersigned notary public, this day, personally, appeared ____Jeffrey Clohessy____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number:USA-155245
Case ID #:4932318

Subscribed and sworn to before me this _14_ day of ___July___, 20_17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

v.

**DAVID M. BOWDEN; et al.**
**Defendant (Respondent)**

CASE and/or DOCKET No.: 16-04465

Sheriff's Sale Date: _____

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party , and that I served UNKNOWN HERIS OF DAVID M. BOWDEN, DECEASED the above process on the 12 day of July, 2017, at 12:45 o'clock, P M, at 2185 DONOUGH DRIVE MANHIEM, PA 17545 , County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☑   By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____     2) _____     3) _____

Commonwealth/State of **Pa** _____     )
                                                           ) SS:
County of _____ **Berks** _____          )

Before me, the undersigned notary public, this day, personally, appeared _____ *Jeffrey Clohessy* _____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number:USA-155245
Case ID #:4932318

Subscribed and sworn to before me
this **14** day of _____ **July** , 20 **17** .

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

Case 5:16-cv-04465-EGS   Document 20   Filed 07/20/17   Page 7 of 17

*PCO B-A.*

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123 | MAC Ver. Number<br>ConnectShip Progistics 6.5 |
|---|---|---|
| | Sequence Number<br>6665-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703808682316<br>9171999991703808682316 | 201 E. Broad St.<br>Burlington, NJ 08016 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808682323<br>9171999991703808682323 | 48 Lime Street Apt 1<br>Lancaster, PA 17602 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808682330<br>9171999991703808682330 | 115 Skyview Lane<br>Lititz, PA 17543 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808682347<br>9171999991703808682347 | 1009 S. 21st Street<br>Philadelphia, PA 19146 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808682354<br>9171999991703808682354 | 611 Lead Ave<br>Albuquerque, NM 87102 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808682361<br>9171999991703808682361 | 1376 W. Main Street Apt. 1<br>Ephrata, PA 17522 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808682378<br>9171999991703808682378 | 2185 Donough Drive<br>Manheim, PA 17545 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808682385<br>9171999991703808682385 | 1376 W MAIN ST<br>Ephrata, PA 17522 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808682392<br>9171999991703808682392 | 1009 S. 21st. Street<br>Philadelphia, PA 19146 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Page Totals | 9 | | 6.35 | 43.65 | | | 50.00 |
| Cumulative Totals | 9 | | 6.35 | 43.65 | | | 50.00 |

## USPS Manifest Mailing System

Page   2

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123 | MAC Ver. Number<br>ConnectShip Progistics 6.5 |
|---|---|---|
| | Sequence Number<br>6665-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703808682408<br>9171999991703808682408 | 201 E. Broad Street<br>Burlington, NJ 08016 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808682415<br>9171999991703808682415 | 611 Lead Ave<br>Albuquerque, NM 87102 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808682422<br>9171999991703808682422 | 2185 Donough Drive<br>Manheim, PA 17545 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808682439<br>9171999991703808682439 | 115 Skyview Lane<br>Lititz, PA 17543 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808682446<br>9171999991703808682446 | 48 S. Lime Street Apt 1<br>Lancaster, PA 17602 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808682453<br>9171999991703808682453 | 1376 W MAIN ST<br>Ephrata, PA 17522 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808682460<br>9171999991703808682460 | 1009 S. 21st. Street<br>Philadelphia, PA 19146 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808682477<br>9171999991703808682477 | 201 E. Broad Street<br>Burlington, NJ 08016 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808682484<br>9171999991703808682484 | 611 Lead Ave<br>Albuquerque, NM 87102 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Page Totals | 9 | | 6.35 | 43.65 | | | 50.00 |
| Cumulative Totals | 18 | | 12.69 | 87.30 | | | 99.99 |

USPS Manifest Mailing System                                                                  Page   3

| Mailer's Name & Address | Permit Number | MAC Ver. Number |
|---|---|---|
| KML Law Group | 123 | ConnectShip Progistics 6.5 |
| 701 Market Street | **Sequence Number** | **Class of Mail** |
| Suite 5000 | 6665-1 | Mixed |
| Philadelphia, PA 19106 | | |

| Article #/ Piece ID | Addressee Name Delivery Address | ES Type | Postage | ES Fee | Insurance Amount | Due/ Sender | Total Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703808682491 9171999991703808682491 | 2185 Donough Drive Manheim, PA 17545 | ERR C | 0.705 | 1.40 3.45 | | | 5.56 |
| 9171999991703808682507 9171999991703808682507 | 115 Skyview Lane Lititz, PA 17543 | ERR C | 0.705 | 1.40 3.45 | | | 5.56 |
| 9171999991703808701031 9171999991703808701031 | 48 S. Lime Street Apt 1 Lancaster, PA 17602 | ERR C | 0.705 | 1.40 3.45 | | | 5.56 |
| 9171999991703808701048 9171999991703808701048 | 764 Ferndale Road Mount Joy, PA 17552 | ERR C | 0.705 | 1.40 3.45 | | | 5.56 |
| 9171999991703808701055 9171999991703808701055 | 1009 S. 21st. Street Philadelphia, PA 19146 | ERR C | 0.705 | 1.40 3.45 | | | 5.56 |
| 9171999991703808701062 9171999991703808701062 | 201 E. Broad Street Burlington, NJ 08016 | ERR C | 0.705 | 1.40 3.45 | | | 5.56 |
| 9171999991703808701079 9171999991703808701079 | 611 Lead Ave Albuquerque, NM 87102 | ERR C | 0.705 | 1.40 3.45 | | | 5.56 |
| 9171999991703808701086 9171999991703808701086 | 2185 Donough Drive Manheim, PA 17545 | ERR C | 0.705 | 1.40 3.45 | | | 5.56 |
| 9171999991703808701093 9171999991703808701093 | 115 Skyview Lane Lititz, PA 17543 | ERR C | 0.705 | 1.40 3.45 | | | 5.56 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Page Totals | 9 | | 6.35 | 43.65 | | | 50.00 |
| Cumulative Totals | 27 | | 19.03 | 130.95 | | | 149.99 |

Case 5:16-cv-04465-EGS   Document 20   Filed 07/20/17   Page 10 of 17

USPS Manifest Mailing System

Page   4

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123 | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| --- | --- | --- | --- | --- | --- |
| | Sequence Number<br>6665-1 | | Class of Mail<br>Mixed | | |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 9171999991703808701109<br>9171999991703808701109 | BOWDEN, DONNA GARDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased<br>48 S. Lime Street Apt 1<br>Lancaster, PA 17602 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808701116<br>9171999991703808701116 | UNKNOWN HEIRS ON DAVID M. BOWDEN, DECEASED<br>2185 Donough Drive<br>Manheim, PA 17545 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808701123<br>9171999991703808701123 | BOWDEN, TRAVIS as DAVID M. GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden Deceased<br>764 FERNDALE RD<br>Mount Joy, PA 17552 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808701130<br>9171999991703808701130 | BOWDEN, SHAYLA as DAVID M. GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased<br>764 FERNDALE RD<br>Mount Joy, PA 17552 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808701147<br>9171999991703808701147 | BOWDEN, LOGAN as DAVID M. GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased<br>764 FERNDALE RD<br>Mount Joy, PA 17552 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808701154<br>9171999991703808701154 | BOWDEN, DONNA GARDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased<br>1376 W MAIN ST<br>Ephrata, PA 17522 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808701161<br>9171999991703808701161 | BOWDEN, RYAN, Deceased, Solely in the Capacity as Heir of David M. Bowden, Deceased<br>764 FERNDALE RD<br>Mount Joy, PA 17552 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Page Totals | 7 | | 4.93 | 33.95 | | | 38.89 |
| Cumulative Totals | 34 | | 23.97 | 164.90 | | | 188.87 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____
Signature of Receiving Employee

Round Stamp_____

PS Form 3877 (Facsimile)

Extra Service Codes:
C        Certified
ERR    Return Receipt

Name and Address of Sender
**KML LAW GROUP, P.C.**
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

Check type of mail or service;

☐ Certified
☐ COD
☐ Delivery Confirmation
☐ Express Mail
☐ Insured

☐ Recorded Delivery (International)
☐ Registered
☐ Return Receipt for Merchandise
☐ Signature Confirmation

Affix Stamp Here
(If issued as a
certificate of mailing,
or for additional copies
of this bill)
Postmark and
Date of Receipt

| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender If COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | TO  LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in H BOWDEN, LOGIN, c/o DONNA GARDEN BOWDEN, Solely in 1009 S. 21st Street Philadelphia, PA 19146 | | | | | | | | | | | |
| 2. | TO  LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in H BOWDEN, LOGIN, c/o DONNA GARDEN BOWDEN, Solely in 115 Skyview Lane Lititz, PA 17543 | | | | | | | | | | | |
| 3. | TO  LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in H BOWDEN, LOGIN, c/o DONNA GARDEN BOWDEN, Solely in 48 Lime Street Apt 1 Lancaster, PA 17602 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | TO  LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in H BOWDEN, LOGIN, c/o DONNA GARDEN BOWDEN, Solely in 201 E. Broad St. Burlington, NJ 08016 | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

U.S. POSTAGE ≫ PITNEY BOWES
$ 001.95⁰
ZIP 19106
02 1W
0001391829 JUL 11. 2017

USPS CONTINENTAL STATION
PHILA-PA 19106
JUL 11 2017

Total Number of Pieces Listed by Sender   Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)   Complete by Typewriter, Ink, or Ball Point Pen

USA-155245   Lancaster County   Sale Date:

RYAN BOWDEN, Deceased, Solely in Her Capacity as Heir of David M. Bowden, Deceased, DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, MATTHEW BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, STARLA BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, TRAVIS BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased & UNKNOWN HERIS OF DAVID M.

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service;**

- [ ] Certified
- [ ] COD
- [ ] Delivery Confirmation
- [ ] Express Mail
- [ ] Insured
- [ ] Recorded Delivery (International)
- [ ] Registered
- [ ] Return Receipt for Merchandise
- [ ] Signature Confirmation

**Affix Stamp Here** (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

U.S. POSTAGE >> PITNEY BOWES
$ 002.44⁰
ZIP 19106
02 1W
0001391829 JUL. 11. 2017

USPS CONTINENTAL STATION   JUL 11 2017   PHILA, PA 19106
USPS CONTINENTAL STATION   JUL 11 2017   PHILA, PA 19106

See Privacy Act Statement on Reverse

| Article Number | Addressee (Name, Street, City, State, & ZIP Code) |
|---|---|
| 1. | **TO** DONNA GARDEN BOWDEN, Solely in Her Capacity as Hei BOWDEN, TRAVIS, c/o DONNA GARDEN BOWDEN, Solely Ii 1009 S. 21st. Street Philadelphia, PA 19146 |
| 2. | |
| 3. | **TO** DONNA GARDEN BOWDEN, Solely in Her Capacity as Hei BOWDEN, TRAVIS, c/o DONNA GARDEN BOWDEN, Solely Ii 1376 W MAIN ST Ephrata, PA 17522 |
| 4. | |
| 5. | **TO** LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in H BOWDEN, LOGIN, c/o DONNA GARDEN BOWDEN, Solely in 2185 Donough Drive Manheim, PA 17545 |
| 6. | **TO** LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in H BOWDEN, LOGIN, c/o DONNA GARDEN BOWDEN, Solely in 1376 W. Main Street Apt. 1 Ephrata, PA 17522 |
| 7. | **TO** LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in H BOWDEN, LOGIN, c/o DONNA GARDEN BOWDEN, Solely in 611 Lead Ave Albuquerque, NM 87102 |
| 8. | |

Column headers (right to left): Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee

Postmaster, Per (Name of receiving employee)
PCO - Brithi Augustin

Complete by Typewriter, Ink, or Ball Point Pen

Total Number of Pieces Listed by Sender / Total Number of Pieces Received at Post Office: ⑦

PS Form **3877**, February 2002 (Page 1 of 2)

USA-155245   Lancaster County   Sale Date:

RYAN BOWDEN, Deceased, Solely in Her Capacity as Heir of David M. Bowden, Deceased, DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, MATTHEW BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, STARLA BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, TRAVIS BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased & UNKNOWN HERIS OF DAVID M.

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

Check type of mail or service;
- [ ] Certified
- [ ] COD
- [ ] Delivery Confirmation
- [ ] Express Mail
- [ ] Insured
- [ ] Recorded Delivery (International)
- [ ] Registered
- [ ] Return Receipt for Merchandise
- [ ] Signature Confirmation

Affix Stamp Here
(if issued as a certificate of mailing, or for additional copies of this bill)
Postmark and Date of Receipt

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 19106 $ 002.44⁰
02 1W
0001391829 JUL. 11. 2017

USPS CONTINENTAL STATION JUL 11 2017 PHILA, PA 19106

See Privacy Act Statement on Reverse

| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | TO DONNA GARDEN BOWDEN, Solely in Her Capacity as Hei BOWDEN, TRAVIS, c/o DONNA GARDEN BOWDEN, Solely ii 48 S. Lime Street Apt 1 Lancaster, PA 17602 – 3546 | | | | | | | | | | | |
| 2. | TO DONNA GARDEN BOWDEN, Solely in Her Capacity as Hei BOWDEN, TRAVIS, c/o DONNA GARDEN BOWDEN, Solely ii 115 Skyview Lane Lititz, PA 17543 – 9125 | | | | | | | | | | | |
| 3. | | | | | | | | | | | | |
| 4. | TO DONNA GARDEN BOWDEN, Solely in Her Capacity as Hei BOWDEN, TRAVIS, c/o DONNA GARDEN BOWDEN, Solely ii 2185 Donough Drive Manheim, PA 17545 | | | | | | | | | | | |
| 5. | TO DONNA GARDEN BOWDEN, Solely in Her Capacity as Hei BOWDEN, TRAVIS, c/o DONNA GARDEN BOWDEN, Solely ii 611 Lead Ave Albuquerque, NM 87102 | | | | | | | | | | | |
| 6. | TO DONNA GARDEN BOWDEN, Solely in Her Capacity as Hei BOWDEN, TRAVIS, c/o DONNA GARDEN BOWDEN, Solely ii 201 E. Broad Street Burlington, NJ 08016 | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: 5

Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)
PGO- Brithi Augustin

PS Form 3877, February 2002 (Page 1 of 2)    Complete by Typewriter, Ink, or Ball Point Pen

USA-155245   Lancaster County   Sale Date:

RYAN BOWDEN, Deceased, Solely in Her Capacity as Heir of David M. Bowden, Deceased, DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, MATTHEW BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, STARLA BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, TRAVIS BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased & UNKNOWN HERIS OF DAVID M.

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

Check type of mail or service;

- [ ] Certified
- [ ] COD
- [ ] Delivery Confirmation
- [ ] Express Mail
- [ ] Insured
- [ ] Recorded Delivery (International)
- [ ] Registered
- [ ] Return Receipt for Merchandise
- [ ] Signature Confirmation

Affix Stamp Here
(If issued as a certificate of mailing, or for additional copies of this bill)
Postmark and Date of Receipt

U.S. POSTAGE PITNEY BOWES
ZIP 19106 $ 002.44⁰
02 1W
0001391829 JUL 11 2017

USPS CONTINENTAL STATION   JUL 11 2017   PHILA, PA 19106

| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | TO  DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir BOWDEN, STARLA, c/o DONNA GARDEN BOWDEN, Solely 2185 Donough Drive Manheim, PA 17545 | | | | | | | | | | | |
| 2. | | TO  DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir BOWDEN, STARLA, c/o DONNA GARDEN BOWDEN, Solely i 611 Lead Ave Albuquerque, NM 87102 | | | | | | | | | | | |
| 3. | | TO  DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir BOWDEN, STARLA, c/o DONNA GARDEN BOWDEN, Solely i 201 E. Broad Street Burlington, NJ 08016 | | | | | | | | | | | |
| 4. | | TO  DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir BOWDEN, STARLA, c/o DONNA GARDEN BOWDEN, Solely i 1009 S. 21st. Street Philadelphia, PA 19146 | | | | | | | | | | | |
| 5. | | TO  DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir BOWDEN, STARLA, c/o DONNA GARDEN BOWDEN, Solely i 1376 W MAIN ST Ephrata, PA 17522 | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender   **⑤**

Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

PCO - Brian Augustyn

See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)        Complete by Typewriter, Ink, or Ball Point Pen

USA-155245   Lancaster County        Sale Date:

RYAN BOWDEN, Deceased, Solely in Her Capacity as Heir of David M. Bowden, Deceased, DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, MATTHEW BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, STARLA BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, TRAVIS BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased & UNKNOWN HERIS OF DAVID M.

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

Check type of mail or service:

- [ ] Certified
- [ ] COD
- [ ] Delivery Confirmation
- [ ] Express Mail
- [ ] Insured
- [ ] Recorded Delivery (International)
- [ ] Registered
- [ ] Return Receipt for Merchandise
- [ ] Signature Confirmation

**Affix Stamp Here** (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | TO DONNA GARDEN BOWDEN, Solely in Her Capacity as Hei BOWDEN, DONNA GARDEN, Solely in Her Capacity as Heir 201 E. Broad Street Burlington, NJ 08016 | | | | | | | | | |
| 2. | | TO DONNA GARDEN BOWDEN, Solely in Her Capacity as Hei BOWDEN, DONNA GARDEN, Solely in Her Capacity as Heir 1009 S. 21st. Street Philadelphia, PA 19146 | | | | | | | | | |
| 3. | | TO DONNA GARDEN BOWDEN, Solely in Her Capacity as Hei BOWDEN, DONNA GARDEN, Solely in Her Capacity as Heir 764 Ferndale Road Mount Joy, PA 17552 | | | | | | | | | |
| 4. | | | | | | | | | | | |
| 5. | | TO DONNA GARDEN BOWDEN, Solely in Her Capacity as Hei BOWDEN, STARLA, c/o DONNA GARDEN BOWDEN, Solely i 48 S. Lime Street Apt 1 Lancaster, PA 17602 – 3546 | | | | | | | | | |
| 6. | | | | | | | | | | | |
| 7. | | TO DONNA GARDEN BOWDEN, Solely in Her Capacity as Hei BOWDEN, STARLA, c/o DONNA GARDEN BOWDEN, Solely i 115 Skyview Lane Lititz, PA 17543 – 9125 | | | | | | | | | |
| 8. | | | | | | | | | | | |

Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

Complete by Typewriter, Ink, or Ball Point Pen

See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)

Sale Date:

USA-155245   Lancaster County

U.S. POSTAGE » PITNEY BOWES

$ 002.44⁰

ZIP 19106
02 1W
0001391829 JUL. 11. 2017

USPS CONTINENTAL STATION
JUL 11 2017
PHILA, PA 19106

RYAN BOWDEN, Deceased, Solely in Her Capacity as Heir of David M. Bowden, Deceased, DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, MATTHEW BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, STARLA BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, TRAVIS BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased & UNKNOWN HERIS OF DAVID M.

Name and Address of Sender
**KML LAW GROUP, P.C.**
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

Check type of mail or service:
- [ ] Certified
- [ ] COD
- [ ] Delivery Confirmation
- [ ] Express Mail
- [ ] Insured
- [ ] Recorded Delivery (International)
- [ ] Registered
- [ ] Return Receipt for Merchandise
- [ ] Signature Confirmation

Affix Stamp Here (if issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

U.S. POSTAGE >> PITNEY BOWES
$ 002.44⁰
ZIP 19106
02 1W
0001391829 JUL. 11. 2017

| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | **TO** UNKNOWN HERIS OF DAVID M. BOWDEN, DECEASED UNKNOWN HEIRS ON DAVID M. BOWDEN, DECEASED 2185 Donough Drive Manheim, PA 17545 | | | | | | | | | | | |
| 2. | | | | | | | | | | | | |
| 3. | **TO** DONNA GARDEN BOWDEN, Solely in Her Capacity as Hei BOWDEN, DONNA GARDEN, Solely in Her Capacity as Heir 48 S. Lime Street Apt 1 Lancaster, PA 17602 – 3546 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | **TO** DONNA GARDEN BOWDEN, Solely in Her Capacity as Hei BOWDEN, DONNA GARDEN, Solely in Her Capacity as Heir 115 Skyview Lane Lititz, PA 17543 – 9125 | | | | | | | | | | | |
| 6. | **TO** DONNA GARDEN BOWDEN, Solely in Her Capacity as Hei BOWDEN, DONNA GARDEN, Solely in Her Capacity as Heir 2185 Donough Drive Manheim, PA 17545 | | | | | | | | | | | |
| 7. | **TO** DONNA GARDEN BOWDEN, Solely in Her Capacity as Hei BOWDEN, DONNA GARDEN, Solely in Her Capacity as Heir 611 Lead Ave Albuquerque, NM 87102 | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender

Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

PCO Dmitri Augustin

See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)    Complete by Typewriter, Ink, or Ball Point Pen

USA-155245   Lancaster County    Sale Date:

RYAN BOWDEN, Deceased, Solely in Her Capacity as Heir of David M. Bowden, Deceased, DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, MATTHEW BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, STARLA BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, TRAVIS BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased & UNKNOWN HERIS OF DAVID M.

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

Check type of mail or service:

| | |
|---|---|
| ☐ Certified | ☐ Recorded Delivery (International) |
| ☐ COD | ☐ Registered |
| ☐ Delivery Confirmation | ☐ Return Receipt for Merchandise |
| ☐ Express Mail | ☐ Signature Confirmation |
| ☐ Insured | |

Affix Stamp Here
(If issued as a certificate of mailing, or for additional copies of this bill)
Postmark and Date of Receipt

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106
02 1W
0001391829 JUL. 11. 2017
$ 002.44⁰

USPS CONTINENTAL STATION PHILA, PA 19106

USPS CONTINENTAL STATION PHILA, PA 19106

| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | TO RYAN BOWDEN, Deceased, Solely in Her Capacity as BOWDEN, RYAN, Deceased, Solely in Her Capacity as Heir 764 FERNDALE RD Mount Joy, PA 17552 | | | | | | | | | | | |
| 2. | TO DONNA GARDEN BOWDEN, Solely in Her Capacity as Hei BOWDEN, DONNA GARDEN, Solely in Her Capacity as Heir 1376 W MAIN ST Ephrata, PA 17522 | | | | | | | | | | | |
| 3. | | | | | | | | | | | | |
| 4. | TO LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in H BOWDEN, LOGIN, c/o DONNA GARDEN BOWDEN, Solely in 764 FERNDALE RD Mount Joy, PA 17552 | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | TO STARLA BOWDEN c/o DONNA GARDEN BOWDEN, Solely in BOWDEN, STARLA, c/o DONNA GARDEN BOWDEN, Solely i 764 FERNDALE RD Mount Joy, PA 17552 | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | TO TRAVIS BOWDEN c/o DONNA GARDEN BOWDEN, Solely in BOWDEN, TRAVIS, c/o DONNA GARDEN BOWDEN, Solely in 764 FERNDALE RD Mount Joy, PA 17552 | | | | | | | | | | | |

Total Number of Pieces Listed by Sender
Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)   PCO- Brian August(?)n

See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)   Complete by Typewriter, Ink, or Ball Point Pen

USA-155245   Lancaster County   Sale Date:

RYAN BOWDEN, Deceased, Solely in Her Capacity as Heir of David M. Bowden, Deceased, DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, MATTHEW BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, STARLA BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, TRAVIS BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased & UNKNOWN HERIS OF DAVID M.