IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-4465 |
| | : | |
| v. | : | |
| | : | |
| DONNA GARDEN BOWDEN, RYAN BOWDEN, MATTHEW BOWDEN, LOGAN BOWDEN, TRAVIS BOWDEN, and STARLA BOWDEN, | : : : : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 15th day of August, 2017, the plaintiff having moved for the entry of a default judgment against the defendants (Doc. No. 23); accordingly, it is hereby **ORDERED** that the court will hold a hearing on the motion on **Tuesday, August 29, 2017**, at **2:00 p.m.**, at the Holmes Building, 4th Floor, 101 Larry Holmes Drive, Easton, Pennsylvania.

## NOTICE TO DEFENDANTS

THE DEFENDANTS ARE HEREBY NOTIFIED THAT THE PURPOSE OF THIS HEARING IS TO DETERMINE WHETHER A DEFAULT JUDGMENT SHALL BE ENTERED AGAINST THEM AND THE AMOUNT OF THAT JUDGMENT. THE DEFENDANS HAVE THE RIGHT TO APPEAR BEFORE THE UNDERSIGNED AT THE HEARING TO OPPOSE THE RELIEF REQUESTED BY THE PLAINTIFF. IF THE DEFENDANTS FAIL TO APPEAR, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST THEM BASED ON INFORMATION PROVIDED BY THE PLAINTIFF.

**IT IS FURTHER ORDERED** that the plaintiff or its agent shall serve this order upon the defendants by (1) posting a copy of the order on the property to be foreclosed in accordance with Rule 4(e)(1) of the Federal Rules of Civil Procedure and Rules 410(c) and 430(a) of the

Pennsylvania Rules of Civil Procedure, and (2) regular and registered mail to the defendants' last known address.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.