# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

v.

DONNA GARDEN BOWDEN, RYAN BOWDEN, MATTHEW BOWDEN, LOGAN BOWDEN, TRAVIS BOWDEN, STARLA BOWDEN; et al.
**Defendant (Respondent)**

CASE and/or DOCKET No.: 16-4465

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served RYAN BOWDEN, DECEASED, SOLELY IN HER CAPACITY AS HEIR OF DAVID M. BOWDEN, DECEASED the above process on the 22 day of August, 2017, at 1:00 o'clock, PM, at 2185 DONOUGH DRIVE MANHEIM, PA 17545, County of Northampton, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of _PA_
County of _Berks_
) SS:
)

Before me, the undersigned notary public, this day, personally appeared _Jeffrey Clohessy_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-155245
Case ID #: 4968978

Subscribed and sworn to before me this _23_ day of _Aug_, 20_17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

CASE and/or DOCKET No.: 16-4465

Sheriff's Sale Date: _____

v.

DONNA GARDEN BOWDEN, RYAN BOWDEN, MATTHEW BOWDEN, LOGAN BOWDEN, TRAVIS BOWDEN, STARLA BOWDEN; et al.
**Defendant (Respondent)**

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served DONNA GARDEN BOWDEN, SOLELY IN HER CAPACITY AS HEIR OF DAVID M. BOWDEN, DECEASED the above process on the 22 day of August, 2017, at 1:00 o'clock, PM, at 2185 DONOUGH DRIVE MANHEIM, PA 17545, County of Northampton, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of __Pa__

County of __Berks__

) SS:

Before me, the undersigned notary public, this day, personally appeared __Jeffrey Clohessy__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-155245
Case ID #: 4968978

Subscribed and sworn to before me this __23__ day of __Aug__, 20__17__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)** | CASE and/or DOCKET No.: 16-4465<br><br>Sheriff's Sale Date: _____ |
| V. | |
| DONNA GARDEN BOWDEN, RYAN BOWDEN, MATTHEW BOWDEN, LOGAN BOWDEN, TRAVIS BOWDEN, STARLA BOWDEN; et al.<br>**Defendant (Respondent)** | |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served LOGIN BOWDEN C/O DONNA GARDEN BOWDEN, SOLELY IN HER CAPACITY AS HEIR OF DAVID M. BOWDEN, DECEASED the above process on the 22 day of August, 2017, at 1:00 o'clock, PM, at 2185 DONOUGH DRIVE MANHEIM, PA 17545, County of Northampton, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of _PA_____

County of _Berks_____ ) SS:

Before me, the undersigned notary public, this day, personally, appeared _Jeffrey Clohessy_____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-155245
Case ID #: 4968978

Subscribed and sworn to before me this __23__ day of __Aug__, 20_17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

DONNA GARDEN BOWDEN, RYAN BOWDEN, MATTHEW BOWDEN, LOGAN BOWDEN, TRAVIS BOWDEN, STARLA BOWDEN; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 16-4465

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MATTHEW BOWDEN, SOLELY IN HER CAPACITY AS HEIR OF DAVID M. BOWDEN, DECEASED the above process on the 22 day of August, 2017, at 1:00 o'clock, P M, at 2185 DONOUGH DRIVE MANHEIM, PA 17545, County of Northampton, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of _Pa_ )
) SS:
County of _Berks_ )

Before me, the undersigned notary public, this day, personally appeared _Jeffrey Clohessy_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-155245
Case ID #: 4968978

Subscribed and sworn to before me
this _23_ day of _Aug_, 20_17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

V.

DONNA GARDEN BOWDEN, RYAN BOWDEN, MATTHEW BOWDEN, LOGAN BOWDEN, TRAVIS BOWDEN, STARLA BOWDEN; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 16-4465

Sheriff's Sale Date: _____

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served STARLA BOWDEN C/O DONNA GARDEN BOWDEN, SOLELY IN HER CAPACITY AS HEIR OF DAVID M. BOWDEN, DECEASED the above process on the 22 day of August, 2017, at 1:00 o'clock, PM, at 2185 DONOUGH DRIVE MANHEIM, PA 17545, County of Northampton, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of _Pa_ )
                           ) SS:
County of _Berks_          )

Before me, the undersigned notary public, this day, personally, appeared _Jeffrey Clohessy_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-155245
Case ID #: 4968978

Subscribed and sworn to before me
this _23_ day of _Aug_, 20_17_

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

CASE and/or DOCKET No.: 16-4465

Sheriff's Sale Date: _____

V.

DONNA GARDEN BOWDEN, RYAN BOWDEN, MATTHEW BOWDEN, LOGAN BOWDEN, TRAVIS BOWDEN, STARLA BOWDEN; et al.
**Defendant (Respondent)**

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served TRAVIS BOWDEN C/O DONNA GARDEN BOWDEN, SOLELY IN HER CAPACITY AS HEIR OF DAVID M. BOWDEN, DECEASED the above process on the 22 day of August, 2017, at 1:00 o'clock, PM, at 2185 DONOUGH DRIVE MANHEIM, PA 17545, County of Northampton, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of __Pa__

County of __Berks__   ) SS:

Before me, the undersigned notary public, this day, personally, appeared __Jeffrey Clohessy__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-155245
Case ID #: 4968978

Subscribed and sworn to before me this __23__ day of __Aug__, 20 __17__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

DONNA GARDEN BOWDEN, RYAN BOWDEN, MATTHEW BOWDEN, LOGAN BOWDEN, TRAVIS BOWDEN, STARLA BOWDEN; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 16-4465

Sheriff's Sale Date: _____

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served UNKNOWN HEIRS OF DAVID M. BOWDEN, DECEASED the above process on the 22 day of August, 2017, at 1:00 o'clock, PM, at 2185 DONOUGH DRIVE MANHEIM, PA 17545, County of Northampton, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of **Pa**

County of **Berks**

) SS:
)

Before me, the undersigned notary public, this day, personally appeared **Jeffrey Clohessy** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_Jeff Clohessy_
(Signature of Affiant)

File Number: USA-155245
Case ID #: 4968978

Subscribed and sworn to before me this **23** day of **Aug**, 20 **17**.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

**Name and Address of Sender**

KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

Check type of mail or service:
☐ Certified
☐ COD
☐ Delivery Confirmation
☐ Express Mail
☐ Insured
☐ Recorded Delivery (International)
☐ Registered
☐ Return Receipt for Merchandise
☐ Signature Confirmation

| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|
| TO | LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in H BOWDEN, LOGIN, c/o DONNA GARDEN BOWDEN, Solely in 48 Lime Street Apt 1 Lancaster, PA 17602 | | | | | | | | |
| TO | LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in H BOWDEN, LOGIN, c/o DONNA GARDEN BOWDEN, Solely in 115 Skyview Lane Lititz, PA 17543 | | | | | | | | |
| TO | LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in H BOWDEN, LOGIN, c/o DONNA GARDEN BOWDEN, Solely in 1009 S. 21st Street Philadelphia, PA 19146 | | | | | | | | |
| TO | LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in H BOWDEN, LOGIN, c/o DONNA GARDEN BOWDEN, Solely in 611 Lead Ave Albuquerque, NM 87102 | | | | | | | | |
| TO | MATTHEW BOWDEN, Solely in Her Capacity as Heir of BOWDEN, MATTHEW, Solely in Her Capacity as Heir of Dav 3000 Ford Road Bristol, PA 19007 | | | | | | | | |
| TO | MATTHEW BOWDEN, Solely in Her Capacity as Heir of BOWDEN, MATTHEW, Solely in Her Capacity as Heir of Dav 3000 Ford Road Bristol, PA 19007-1411 | | | | | | | | |
| TO | LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in H BOWDEN, LOGIN, c/o DONNA GARDEN BOWDEN, Solely in 201 E. Broad St. Burlington, NJ 08016 | | | | | | | | |

Total Number of Pieces Listed by Sender

Total Number of Pieces Received at Post Office

Postmaster, Per (Name of Receiving employee)  RCO-Brian Augustn

PS Form 3877, February 2002 (Page 1 of 2)  Complete by Typewriter, Ink, or Ball Point Pen  See Privacy Act Statement on Reverse

USA-155245   Lancaster County   Sale Date:

U.S. POSTAGE PITNEY BOWES
ZIP 19106 02 1W
0001391829 AUG 22 2017
$002.73°

USPS CONTINENTAL STATION AUG 2017 PHILA, PA 19106

RYAN BOWDEN, Deceased, Solely in Her Capacity as Heir of David M. Bowden, Deceased, LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, MATTHEW BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, STARLA BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, TRAVIS BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased & UNKNOWN HERIS OF DAVID M.

**Name and Address of Sender**
KML LAW GROUP, P.C.
701 MARKET STREET
SUITE 5000
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
☐ Certified
☐ COD
☐ Delivery Confirmation
☐ Express Mail
☐ Insured
☐ Recorded Delivery (International)
☐ Registered
☐ Return Receipt for Merchandise
☐ Signature Confirmation

Affix Stamp Here (if issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | RR Fee |
|---|---|---|---|---|
| TO | DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir BOWDEN, DONNA GARDEN, Solely in Her Capacity as Heir 2185 Donough Drive Manheim, PA 17545 | | | |
| TO | DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir BOWDEN, DONNA GARDEN, Solely in Her Capacity as Heir 115 Skyview Lane Lititz, PA 17543-9125 | | | |
| TO | DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir BOWDEN, DONNA GARDEN, Solely in Her Capacity as Heir 48 S. Lime Street Apt 1 Lancaster, PA 17602-3546 | | | |
| TO | UNKNOWN HEIRS OF DAVID M. BOWDEN, DECEASED UNKNOWN HEIRS ON DAVID M. BOWDEN, DECEASED 2185 Donough Drive Manheim, PA 17545 | | | |
| TO | DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir BOWDEN, DONNA GARDEN, Solely in Her Capacity as Heir 764 Ferndale Road Mount Joy, PA 17552 | | | |
| TO | DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir BOWDEN, DONNA GARDEN, Solely in Her Capacity as Heir 1009 S. 21st. Street Philadelphia, PA 19146 | | | |
| TO | DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir BOWDEN, DONNA GARDEN, Solely in Her Capacity as Heir 201 E. Broad Street Burlington, NJ 08016 | | | |
| TO | DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir BOWDEN, DONNA GARDEN, Solely in Her Capacity as Heir 611 Lead Ave Albuquerque, NM 87102 | | | |

PS Form **3877**, February 2002 (Page 1 of 2)

Total Number of Pieces Listed by Sender: 8
Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee) RCO-Britni Augustin

USA-155245    Lancaster County    Sale Date:

Complete by Typewriter, Ink, or Ball Point Pen

See Privacy Act Statement on Reverse

RYAN BOWDEN, Deceased, Solely in Her Capacity as Heir of David M. Bowden, Deceased, DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, MATTHEW BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, STARLA BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, TRAVIS BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased & UNKNOWN HEIRS OF DAVID M.

Name and Address of Sender
KML LAW GROUP, P.C.
701 MARKET STREET
SUITE 5000
PHILADELPHIA, PA
19106-1532

Check type of mail or service:
☐ Certified
☐ COD
☐ Delivery Confirmation
☐ Express Mail
☐ Insured
☐ Recorded Delivery (International)
☐ Registered
☐ Return Receipt for Merchandise
☐ Signature Confirmation

Affix Stamp
(if issued as
certificate o
or for additi
of this bill).
Postmark
Date of F

TO  DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir
BOWDEN, TRAVIS, c/o DONNA GARDEN BOWDEN, Solely in
201 E. Broad Street
Burlington, NJ 08016

TO  DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir
BOWDEN, TRAVIS, c/o DONNA GARDEN BOWDEN, Solely in
611 Lead Ave
Albuquerque, NM 87102

TO  DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir
BOWDEN, TRAVIS, c/o DONNA GARDEN BOWDEN, Solely in
2185 Donough Drive
Manheim, PA 17545

TO  DONNA GARDEN BOWDEN, Solely in Her Cap.
BOWDEN, TRAVIS, c/o DONNA GARDEN BOWDEN,
115 Skyview Lane
Lititz, PA 17543-9125

, City, State, ZIP C

TO  LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in H
BOWDEN, LOGIN, c/o DONNA GARDEN BOWDEN, Solely in
1376 W. Main Street Apt. 1
Ephrata, PA 17522

TO  LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in H
BOWDEN, LOGIN, c/o DONNA GARDEN BOWDEN, Solely in
2185 Donough Drive
Manheim, PA 17545

TO  DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir
BOWDEN, TRAVIS, c/o DONNA GARDEN BOWDEN, Solely in
1376 W MAIN ST
Ephrata, PA 17522

TO  DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir
BOWDEN, TRAVIS, c/o DONNA GARDEN BOWDEN, Solely in
1009 S. 21st. Street
Philadelphia, PA 19146

Total Number of Pieces Listed by Sender
Total Number of Pieces Received at Post Office
Postmaster, Per (Name of receiving employee)  RCO-Brian Augustin

PS Form 3877, February 2002 (Page 1 of 2)
USA-155245    Lancaster County    Sale Date:

Complete by Typewriter, Ink, or Ball Point Pen     See Privacy Act Statement on Reverse

RYAN BOWDEN, Deceased, Solely in Her Capacity as Heir of David M. Bowden, Deceased, DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, MATTHEW BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, STARLA BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, TRAVIS BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased & UNKNOWN HERIS OF DAVID M.

RD Fee
RR Fee

ZIP 19106 02 1N 0001391829 AUG 22 2017  US POSTAGE PITNEY BOWES $003.12⁰

**Name and Address of Sender**

KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
- ☐ Certified
- ☐ COD
- ☐ Delivery Confirmation
- ☐ Express Mail
- ☐ Insured
- ☐ Recorded Delivery (International)
- ☐ Registered
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation

| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Affix Stamp Here (if issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt | RR Fee |
|---|---|---|---|---|---|
| | TO DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir BOWDEN, STARLA, c/o DONNA GARDEN BOWDEN, Solely in 611 Lead Ave Albuquerque, NM 87102 | | | | |
| | TO DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir BOWDEN, STARLA, c/o DONNA GARDEN BOWDEN, Solely i 2185 Donough Drive Manheim, PA 17545 | | | | |
| | TO DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir BOWDEN, STARLA, c/o DONNA GARDEN BOWDEN, Solely i 115 Skyview Lane Lititz, PA 17543-9125 | | | | |
| | TO DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir BOWDEN, STARLA, c/o DONNA GARDEN BOWDEN, Solely i 48 S. Lime Street Lancaster, PA 17602-3546 | | | | |
| | TO DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir BOWDEN, TRAVIS, c/o DONNA GARDEN BOWDEN, Solely in 48 S. Lime Street Apt 1 Lancaster, PA 17602-3546 | | | | |
| | TO DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir BOWDEN, STARLA, c/o DONNA GARDEN BOWDEN, Solely i 1376 W MAIN ST Ephrata, PA 17522 | | | | |
| | TO DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir BOWDEN, STARLA, c/o DONNA GARDEN BOWDEN, Solely i 1009 S. 21st. Street Philadelphia, PA 19146 | | | | |
| | TO DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir BOWDEN, STARLA, c/o DONNA GARDEN BOWDEN, Solely i 201 E. Broad Street Burlington, NJ 08016 | | | | |

Total Number of Pieces Listed by Sender: 9

Total Number of Pieces Received at Post Office: [signature]

Postmaster, Per (Name of receiving employee) RCO-Brittni Augustin

PS Form **3877**, February 2002 (Page 1 of 2)    Complete by Typewriter, Ink, or Ball Point Pen    See Privacy Act Statement on Reverse

USA-155245    Lancaster County    Sale Date:

RYAN BOWDEN, Deceased, Solely in Her Capacity as Heir of David M. Bowden, Deceased, LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, DONNA GARDEN BOWDEN, Deceased, MATTHEW BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, STARLA BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, TRAVIS BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased & UNKNOWN HEIRS OF DAVID M.

**Name and Address of Sender**

KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Affix Stamp Here (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Rec | RR Fee | D ee |
|---|---|---|---|---|---|---|
| | **TO** RYAN BOWDEN, Deceased, Solely in Her Capacity as BOWDEN, RYAN, Deceased, Solely in Her Capacity as Heir 764 FERNDALE RD Mount Joy, PA 17552 | | | | | |
| | **TO** MATTHEW BOWDEN, Solely in Her Capacity as Heir of BOWDEN, MATTHEW, Solely in Her Capacity as Heir of Dav 2185 Donough Drive Manheim, PA 17545 | | | | | |
| | **TO** DONNA GARDEN BOWDEN, Solely in Her Capacity as Hei BOWDEN, DONNA GARDEN, Solely in Her Capacity as Heir 1376 W MAIN ST Ephrata, PA 17522 | | | | | |
| | **TO** STARLA BOWDEN c/o DONNA GARDEN BOWDEN, Solely in BOWDEN, STARLA, c/o DONNA GARDEN BOWDEN, Solely i 764 FERNDALE RD Mount Joy, PA 17552 | | | | | |
| | **TO** LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in H BOWDEN, LOGIN, c/o DONNA GARDEN BOWDEN, Solely in 764 FERNDALE RD Mount Joy, PA 17552 | | | | | |
| | **TO** TRAVIS BOWDEN c/o DONNA GARDEN BOWDEN, Solely in BOWDEN, TRAVIS, c/o DONNA GARDEN BOWDEN, Solely in 764 FERNDALE RD Mount Joy, PA 17552 | | | | | |

Check type of mail or service:
☐ Certified
☐ COD
☐ Delivery Confirmation
☐ Express Mail
☐ Insured
☐ Recorded Delivery (International)
☐ Registered
☐ Return Receipt for Merchandise
☐ Signature Confirmation

empt

PS Form 3877, February 2002 (Page 1 of 2)    Complete by Typewriter, Ink, or Ball Point Pen    See Privacy Act Statement on Reverse

USA-155245  Lancaster County  Sale Date:    RCO-Brithi Augustin

RYAN BOWDEN, Deceased, Solely in Her Capacity as Heir of David M. Bowden, Deceased, DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, MATTHEW BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, STARLA BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, TRAVIS BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased & UNKNOWN HEIRS OF DAVID M.



## USPS Manifest Mailing System

Page 1

| Mailer's Name & Address | Permit Number | MAC Ver. Number |
|---|---|---|
| KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | 123 | ConnectShip Progistics 6.5 |
| | Sequence Number<br>6918-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES Type | Postage | ES Fee | Insurance Amount | Due/ Sender | Total Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703808784003<br>9171999991703808784003 | BOWDEN, DONNA GARDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased<br>2185 Donough Drive<br>Manheim, PA 17545 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808798512<br>9171999991703808798512 | BOWDEN, DONNA GARDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased<br>115 Skyview Lane<br>Lititz, PA 17543 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808798529<br>9171999991703808798529 | BOWDEN, DONNA GARDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased<br>48 S. Lime Street Apt 1<br>Lancaster, PA 17602 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808798536<br>9171999991703808798536 | UNKNOWN HEIRS ON DAVID M. BOWDEN, DECEASED<br>2185 Donough Drive<br>Manheim, PA 17545 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818170513<br>9171999991703818170513 | BOWDEN, DONNA GARDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased<br>611 Lead Ave<br>Albuquerque, NM 87102 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818170520<br>9171999991703818170520 | BOWDEN, DONNA GARDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased<br>201 E. Broad Street<br>Burlington, NJ 08016 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818170537<br>9171999991703818170537 | BOWDEN, DONNA GARDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased<br>1009 S. 21st. Street<br>Philadelphia, PA 19146 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818170544<br>9171999991703818170544 | BOWDEN, DONNA GARDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased<br>764 Ferndale Road<br>Mount Joy, PA 17552 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818170551<br>9171999991703818170551 | BOWDEN, DONNA GARDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased<br>48 S. Lime Street<br>Apt 1<br>Lancaster, PA 17602 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| Page Totals | 9 | | 6.35 | 43.65 | | | 50.00 |
| Cumulative Totals | 9 | | 6.35 | 43.65 | | | 50.00 |

| USPS Manifest Mailing System | | | | | | | Page 2 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>6918-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703818170568<br>9171999991703818170568 | 115 Skyview Lane<br>Lititz, PA 17543 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818170575<br>9171999991703818170575 | 2185 Donough Drive<br>Manheim, PA 17545 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818170582<br>9171999991703818170582 | 611 Lead Ave<br>Albuquerque, NM 87102 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818170599<br>9171999991703818170599 | 201 E. Broad Street<br>Burlington, NJ 08016 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818170605<br>9171999991703818170605 | 1009 S. 21st. Street<br>Philadelphia, PA 19146 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818170612<br>9171999991703818170612 | 1376 W MAIN ST<br>Ephrata, PA 17522 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818170629<br>9171999991703818170629 | 48 S. Lime Street Apt 1<br>Lancaster, PA 17602 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818170636<br>9171999991703818170636 | 115 Skyview Lane<br>Lititz, PA 17543 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818170643<br>9171999991703818170643 | 2185 Donough Drive<br>Manheim, PA 17545 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| Page Totals<br>Cumulative Totals | 9<br>18 | | 6.35<br>12.69 | 43.65<br>87.30 | | | 50.00<br>99.99 |

USPS Manifest Mailing System                                                                                                Page   3

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123 | | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
|---|---|---|---|---|---|---|---|
| | Sequence Number<br>6918-1 | | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703818170650<br>9171999991703818170650 | 611 Lead Ave<br>Albuquerque, NM 87102 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818170667<br>9171999991703818170667 | 201 E. Broad Street<br>Burlington, NJ 08016 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818170674<br>9171999991703818170674 | 1009 S. 21st. Street<br>Philadelphia, PA 19146 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818170681<br>9171999991703818170681 | 1376 W MAIN ST<br>Ephrata, PA 17522 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818170698<br>9171999991703818170698 | 2185 Donough Drive<br>Manheim, PA 17545 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818170704<br>9171999991703818170704 | 1376 W. Main Street Apt. 1<br>Ephrata, PA 17522 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818170711<br>9171999991703818170711 | 611 Lead Ave<br>Albuquerque, NM 87102 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818170728<br>9171999991703818170728 | 1009 S. 21st Street<br>Philadelphia, PA 19146 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818170735<br>9171999991703818170735 | 115 Skyview Lane<br>Lititz, PA 17543 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| Page Totals<br>Cumulative Totals | 9<br>27 | | 6.35<br>19.03 | 43.65<br>130.95 | | | 50.00<br>149.99 |

| USPS Manifest Mailing System | | | | | | Page 4 | |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>6918-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703818170742<br>9171999991703818170742 | 48 Lime Street Apt 1<br>Lancaster, PA 17602 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818170759<br>9171999991703818170759 | 201 E. Broad St.<br>Burlington, NJ 08016 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818170766<br>9171999991703818170766 | BOWDEN, MATTHEW, Solely in Her Capacity as Heir of David M. Bowden, Deceased<br>3000 Ford Road<br>Apt. B28<br>Bristol, PA 19007 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818170773<br>9171999991703818170773 | BOWDEN, MATTHEW, Solely in Her Capacity as Heir of David M. Bowden, Deceased<br>3000 Ford Road<br>Apt B28<br>Bristol, PA 19007 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818241015<br>9171999991703818241015 | 764 FERNDALE RD<br>Mount Joy, PA 17552 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818241022<br>9171999991703818241022 | 764 FERNDALE RD<br>Mount Joy, PA 17552 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818241039<br>9171999991703818241039 | BOWDEN, MATTHEW, Solely in Her Capacity as Heir of David M. Bowden, Deceased<br>2185 Donough Drive<br>Manheim, PA 17545 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818241046<br>9171999991703818241046 | 764 FERNDALE RD<br>Mount Joy, PA 17552 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703818241053<br>9171999991703818241053 | 1376 W MAIN ST<br>Ephrata, PA 17522 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| Page Totals<br>Cumulative Totals | 9<br>36 | | 6.35<br>25.38 | 43.65<br>174.60 | | | 50.00<br>199.98 |

USPS Manifest Mailing System                                                                Page   5

| Mailer's Name & Address | Permit Number | MAC Ver. Number |
| --- | --- | --- |
| KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | 123 | ConnectShip Progistics 6.5 |
| | Sequence Number<br>6918-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES Type | Postage | ES Fee | Insurance Amount | Due/Sender | Total Charge |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 9171999991703818241060<br>9171999991703818241060 | [illegible]<br>764 FERNDALE RD<br>Mount Joy, PA 17552 | <br>ERR<br>C | 0.705 | <br>1.40<br>3.45 | | | 5.56 |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Page Totals | 1 | | 0.71 | 4.85 | | | 5.56 |
| Cumulative Totals | 37 | | 26.08 | 179.45 | | | 205.54 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____
Signature of Receiving Employee

Round Stamp _____

PS Form 3877 (Facsimile)

Extra Service Codes:
C       Certified
ERR     Return Receipt