

**U.S. Department of Justice**

United States Marshals Service

*Eastern District of PA*

---

Philadelphia, PA  19106

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: 16-CV-04465

I, PATRICK D. ENNIS, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at 2185 DONOUGH DRIVE, MANHEIM, PA 17545.

The public sale was held on 1-23-2018 and the highest bidder was SARAH Senseny BP REAl ESTATE Investment group LP who bid the amount of $ 105,000.

By: _____
Deputy U.S. Marshal
PATRICK D. ENNIS
SDUSM  0683



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

NAME: Sarah Sensenig &. BPREIG

ADDRESS: 1770 Oregon Pike

Lancaster, PA 17601

PHONE (DAY): 717- 327-0232

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

BP Real Estate Investment Group, LP

The above is precisely how the name(s) are to appear in the deed

sarahdfsvc@gmail.com

81,000
83,000
85,000
87,000
89,000
91,000

93,000
95,000
97,000
99,000
101,000

103,000
(105,000) HIGH BID



U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

**NAME:** Chris Martin

**ADDRESS:** 73 Olde Mill Court

Lititz, PA 17543

**PHONE (DAY):** 717-368-2359

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Liberty Commercial Capital, LLC
The above is precisely how the name(s) are to appear in the deed

102,000

104,000



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

**NAME:** Mervin S. Garman

**ADDRESS:** 118 Jeanel Circle
Lititz, Pa 17543

**PHONE (DAY):** 717-314-6187

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Mervin S. Garman
The above is precisely how the name(s) are to appear in the deed

62,000   86,000
65,000   88,000
67,000   90,000
69,000
77,000
82,000
84,000



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

**NAME:** Doug Musser

**ADDRESS:** 1374 Ridge Rd

Elizabethtown, PA 17022

**PHONE (DAY):** (Cell) 717-468-8333 or 717-367-7164 (Home)

(Greg) 717-689-0663

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Douglas H. Musser & Gregory S. Musser

The above is precisely how the name(s) are to appear in the deed

37,000   70,000
41,000   76,000
61,000
64,000
66,000
68,000



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

NAME: Nelson Cueto

ADDRESS: 1130 Elizabeth Ave

Cark - PA 17507

PHONE (DAY): 717 629 8922

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

KEN CLAAR

The above is precisely how the name(s) are to appear in the deed

92,000
94,000
96,000
98,000
100,000



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

**NAME:** MATTHEW J. OSWALD

**ADDRESS:** 6418 FARMCREST LN

HARRISBURG, PA 17111

**PHONE (DAY):** 717.623.4510

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

MATTHEW J. OSWALD, GLENN MARTIN

The above is precisely how the name(s) are to appear in the deed

40,000

63,000



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

### BIDDER'S REGISTRATION FORM

NAME: GREEN ROBIN Homes LLC

ADDRESS: PO Box 129 #
Kelton, PA 19346

PHONE (DAY): 610 836 1916

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

GREEN ROBIN Homes LLC OR ASSIGNS
The above is precisely how the name(s) are to appear in the deed

60,000
75,000
80,000



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

**NAME:** Gerald Seibel

**ADDRESS:** 566 N. Esbenshade Rd. Manheim, PA. 17545

**PHONE (DAY):** 717.664.2959

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Gerald Seibel

The above is precisely how the name(s) are to appear in the deed


**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: Prime Home Investments LLC

ADDRESS: 1525 Oregon Pike, Suite 2001

Lancaster, PA 17601

PHONE (DAY): (717) 413-0035

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Prime Home Investments LLC

The above is precisely how the name(s) are to appear in the deed



U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

**NAME:** Samson Bergman

**ADDRESS:** 1327 E 21st Street

Brooklyn NY 11210

**PHONE (DAY):** 917-562-4750

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

RD Property Group LLC

The above is precisely how the name(s) are to appear in the deed