# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>        Plaintiff<br>v.<br><br>RYAN BOWDEN, Deceased, Solely in Her Capacity as Heir of David M. Bowden, Deceased<br>DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased<br>LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased<br>MATTHEW BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased<br>STARLA BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased<br>TRAVIS BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased<br>UNKNOWN HERIS OF DAVID M. BOWDEN, DECEASED<br>        Defendant(s) | Civil Action No: 16-04465 |

## ORDER

AND NOW, this 3rd day of August, 2018, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

## ORDERED

1. That the public sale held on January 23, 2018 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to BP Real Estate Investment Group, LP, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of RYAN BOWDEN, Deceased, Solely in Her Capacity

as Heir of David M. Bowden, Deceased, DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, MATTHEW BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, STARLA BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased, TRAVIS BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased and UNKNOWN HERIS OF DAVID M. BOWDEN, DECEASED in and to the premises sold located at 2185 Donough Drive, Manheim, PA 17545.

3.   That jurisdiction is retained for such further orders or decrees as may be necessary.



_____ J.