## UNITED STATES DISTRICT COURT
## FOR THE EASTERN OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 16-04465 |
| vs. | |

RYAN BOWDEN, Deceased, Solely in Her Capacity as
Heir of David M. Bowden, Deceased
DONNA GARDEN BOWDEN, Solely in Her Capacity as
Heir of David M. Bowden, Deceased
L█████ B█████ c/o DONNA GARDEN BOWDEN,
Solely in Her Capacity as Heir of David M. Bowden,
Deceased
MATTHEW BOWDEN, Solely in Her Capacity as Heir
of David M. Bowden, Deceased
S█████ B█████ c/o DONNA GARDEN BOWDEN,
Solely in Her Capacity as Heir of David M. Bowden,
Deceased
T█████ B█████ c/o DONNA GARDEN BOWDEN,
Solely in Her Capacity as Heir of David M. Bowden,
Deceased
UNKNOWN HERIS OF DAVID M. BOWDEN,
DECEASED

Defendants

## ORDER

AND NOW, this 31st day of August , 2018, upon consideration of the Schedule of

Distribution attached to this order, as well as prior orders of this Court granting plaintiff's Motion for

Default Judgment, providing for sale of the Property located at 2185 Donough Drive Manheim, PA 17545

("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, **IT IS HEREBY**

**ORDERED** that the Schedule of Distribution attached to this Order is APPROVED and shall be entered

on the docket by Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in

accordance with the Schedule of Distribution.

BY THE COURT:



_____ J.