# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

        Plaintiff        CIVIL NO. 16-04465

vs.

RYAN BOWDEN, Deceased, Solely in Her Capacity as Heir of David M. Bowden, Deceased
DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased
LOGIN BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased
MATTHEW BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased
STARLA BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased
TRAVIS BOWDEN c/o DONNA GARDEN BOWDEN, Solely in Her Capacity as Heir of David M. Bowden, Deceased
UNKNOWN HEIRS OF DAVID M. BOWDEN, DECEASED

        Defendant(s)

## ASSIGNMENT OF BID

        **THIS ASSIGNMENT** is made this 7th day of August, 2018, by BP REAL ESTATE INVESTMENT GROUP LP (Assignor) TO BP GROUP LP (Assignees).

    **WHEREAS**, Assignor was the successful bidder at the United States Marshal's Sale of January 23, 2018 for the Property known as 2185 Donough Drive, Manheim, PA 17545.

    **WHEREAS**, Assignor, as successful bidder, assigns to Assignees its right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania. Assignees accept Assignor's right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania.

BY: _____
      SUCCESSFUL BIDDER

Assignment of Bid (2185 Donough Drive, Manheim, PA 17545)
Page 2

I hereby accept this Assignment of Bid.

BY: _____
  (Assignees)

Address:
Phone Number:

As to Assignee

Sworn to and subscribed before me

this 7th day of August , 2018.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Valerie A. Olweiler, Notary Public
Lancaster County
My commission expires August 31, 2020
Commission number 1300606
Member, Pennsylvania Association of Notaries

As to Assignor

Sworn to and subscribed before me

This 7th day of August , 2018

_____
Notary Public

```
Commonwealth of Pennsylvania - Notary Seal
   Valerie A. Olweiler, Notary Public
          Lancaster County
My commission expires August 31, 2020
     Commission number 1300606
Member, Pennsylvania Association of Notaries
```